UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:25-cv-04670-KMM-LIB

JESUS RAMON FERNANDEZ RODRIGUEZ,

    Petitioner,

v.

PAMELA JO BONDI, *in her official capacity as Attorney General of the United States, et al.*,

    Respondents.

**ORDER**

Pursuant to the parties' stipulation, Dkt. 7, IT IS HEREBY ORDERED that Petitioner Jesus Ramon Fernandez Rodriguez's petition for a writ of habeas corpus is GRANTED, in part, as follows:

1. Respondents must hold a bond hearing in accordance with 8 USC § 1226(a) to determine Petitioner's ongoing custody within seven business days of this order.
2. The Petition is dismissed without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 22, 2025

*s/Katherine M. Menendez*
Katherine M. Menendez
United States District Judge