# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Jesus Ramon Fernandez Rodriguez, | **JUDGMENT IN A CIVIL CASE** |
| Petitioner(s), | |
| v. | Case Number: 25-cv-04670-KMM-LIB |
| Pamela Jo Bondi, Kristi Noem, Todd Lyons, David Easterwood, Eric Tollefson, | |
| Respondent(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Respondents must hold a bond hearing in accordance with 8 USC § 1226(a) to determine Petitioner's ongoing custody within seven business days of this order.

2. The Petition is dismissed without prejudice.

Date: 12/23/2025                                                                                         KATE M. FOGARTY, CLERK